# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

## 2:11-cv-00141-WCO
## Smith v. Geeta, Inc. et al
## Honorable William C. O'Kelley

Minute Sheet for proceedings held In Open Court on 03/07/2012.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 10:37 A.M.     COURT REPORTER: Debra Bull
TIME IN COURT: 00:37                 DEPUTY CLERK: Don Stanhope
OFFICE LOCATION: Gainesville

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Alexander Irvin representing Geeta, Inc.<br>Alexander Irvin representing Mukesh Merchant<br>Thomas Martin representing Jenniferlynn Smith |
| PROCEEDING CATEGORY: | Settlement Conference; |
| MINUTE TEXT: | The court addressed the 11th Circuit Court of Appeals requirement for approval of settlement in FSLA cases, the court inquired into attorney fees agreement. Plaintiff's counsel outlined the settlement for the court, defense counsel addressed basic liability issues, counsel stated that settlement agreement includes liability and attorney fees. The court inquired from the plaintiff as to whether she was satisfied with the settlement agreement, plaintiff stated that she was satisfied with the settlement agreement. Plaintiff's counsel discussed attorney fees and fee agreement/contract, billing records. The court orally denied [24] Motion to Seal Settlement Agreement, and orally approved the settlement agreement as announced in open court. |